IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SANTIAGO ABREU, an individual, | Case No. 1:16-cv-515 |
| Plaintiff, | Hon. Janet T. Neff |
| v. | |
| TROPHY HOUSE GRILL, L.L.C., a Michigan Limited Liability Company Doing business as LOUIE'S TROPHY HOUSE, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

_____/

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Santiago Abreu and Defendant Trophy House Grill, L.L.C., a Michigan Limited Liability Company doing business as Louie's Trophy House, by and through their respective counsel, and hereby stipulate and agree that this case shall be dismissed in its entirety, with prejudice. There shall be no award by this Court of attorney's fees or costs to any party.

Dated: August 31, 2016

/s/   *George T. Blackmore*
George T. Blackmore (P76942)
CHASTAIN & AFSHARI, LLP
21411 Civic Center Drive, Ste. 200
Southfield, MI 48076
(248) 845-8594
Attorneys for Plaintiff

Dated: August 31, 2016

/s/   *Pamela C. Enslen*
Pamela C. Enslen (P33368)
WARNER NORCROSS & JUDD LLP
401 E Michigan Ave., Ste. 200
Kalamazoo, MI 49007
(269) 276-8112
Attorneys for Defendant

14874430